UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Shona Jones, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:10-CV-0770-JMS-TAB |
| vs. ) | |
| ) | |
| MSCB, Inc., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal with Prejudice filed by Plaintiff, by counsel, and Defendant, by counsel, in this cause, all claims and theories of relief brought by Plaintiff are hereby dismissed with prejudice, with each party bearing its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Dated: 10/13/2010

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution attached:

John T. Steinkamp     steinkamplaw@yahoo.com
John Steinkamp & Associates
6229 S. East St., Suite A
Indianapolis, IN 46227

R. Alan Pritchard, Jr.   apritchard1@comcast.net
1019 Audubon Drive
Memphis, TN 38117